Good morning, your honors. I'll wait until you're ready. I think you may proceed. Thank you. Good morning, your honors. Barry Litt on behalf of the plaintiffs. I want to start with the due process issues. And there was confusion in the district court because the district court was of the view that how can you have a property interest in notice, per se? And I've been thinking about how to illustrate that. And I think the best way for me to do it is to talk about a landlord who has two identical buildings. In one building, he has 30-day leases. And in the second building, he has five-year leases. The second building has a greater economic value because the time factor is important in the value. So the property interest here is a combined interest in the fact that there is a Section 8 benefit and that the regulation creates a steady flow or a steady subsidy for that interest over a period of time. The Housing Authority or HUD did not have to do that, but the Housing Authority did do that. And by doing that, they increased the value of that subsidy because they ensured that after notice, the Section 8 tenants would have a continuing subsidy at that same rate, not at a lowered rate, for an additional year. So that is something of tangible economic value. Therefore, there is a property interest in the combination of the benefit and the time that that benefit remains. Once there is a property interest, due process standards are triggered and due process applies. So therefore, the question becomes, was due process complied with here? The notice that was sent out is reproduced on the second page of our opening brief. Do you have it? And it's very short. And I will tell you, when this case was brought to me originally by public counsel, and in the first meeting that I had on this case, I sat down for an hour with lawyers on the other side to explain to me what this meant and what this was about. Section 8 tenants are, we put the statistics in brief, they are relatively low on the socioeconomic scale, relatively uneducated, high degree of elderly, high degree of disabled. The operative language, the only meaningful language, says, the housing authority lowered the payment standards used to determine your portion of the rent. That is, to the average person, incomprehensible. So assuming the due process standards apply, this notice simply did not meet it. It's not understandable. How do we know that? You say it's incomprehensible to the person. Well, there is in the record a declaration from a linguist, his name is Edward Finnegan, who gave a lengthy opinion that this would not be understandable to the average person, and he went through the various components of why. Isn't it the average person who's engaged in this program? Isn't that the person we're looking at? Not somebody off the street. Of course somebody off the street might not know what this is all about. But this is the average person involved in this program and getting benefits from it. Well, the only the information in the record is the opinion of a housing authority person who says that people have heard this term and so they should know it. Right. And the testimony of the two individual clients who said they had no clue what it meant. So the and due process standards, the cases we gave the court a long list of cases. Generally speaking, the issue of whether or not something is clear is an objective standard. I mean, if it's clear, it should be clear. There is nothing to and this is a highly technical term. We cited cases to the court that you're not supposed to use technical language and you're supposed to explain things in plain and simple language for when you're giving notice. Is the Supreme Court's statement in the Goldberg case of any use to us? The entire structure of our democratic government rests on the premise that the individual citizen is capable of informing himself about the peculiar policies that affect his destiny. To contend that this notice was constitutionally insufficient is to reject that premise. Is that just utterly inapposite in this case? It's inapposite because the notice there was not a notice of this type. We cited cases to the court. I'll use, for example, the case that the defense relies on, the Lebeau case. That was the across-the-board case involving an AFTC reduction. And in that case, it was contended that the notice was inadequate. But the notice, because it was too cursory, and the notice in that case informed the recipient of the amount of old and new grants, which we're not saying they had to do there, the effective date, the reason for the change, referred him to applicable regulations, and it goes on. And the court in that case said, well, it expressed in somewhat reluctant terms, yes, this was adequate because this was an across-the-board situation, so you couldn't delve into the individual situation. We're not saying that there had to be a huge elaboration, but there did have to be a meaningful communication of what this meant. And this complies with the regulation. This notice complies with the regulation or not? No. What is missing? The reason I say it doesn't comply is because I believe that in any statutory or regulatory language, and the regulation here says shall advise, that in any such construction, the communication has to be reasonable. So, and when you use the ---- Well, what's missing? Give me a sentence that this is missing. If your question is that it literally mirrors the regulation ---- What's missing in your view? Well, if you ---- if the question is, well, how do you communicate this, they could have said ---- You say it's defective. In what respect? What's missing? It's defective because it does not explain that a voucher payment standard means what portion ---- I think there are two fundamental things missing. What portion, what is the voucher payment standard? The voucher payment standard could have been communicated. That's what we contribute to the rent. It further could have been said that the general effect, all things being equal for many people, when we reduce what we contribute, is that it will increase what you have to pay. Isn't that the bottom line that what you'd really want the notice to say in plain English is whether their rent payment was going to go up or down? No, I don't think that's ---- I don't think you could say that because I did ---- You couldn't say that here, could you? I do agree with the Housing Authority that they couldn't yet say on an individualized basis ---- Exactly right. No, I agree. But they could say by their own estimate 45%, 45% of these people were going to suffer an increase in what they paid. The purpose of this regulation is to put people on notice so that they can plan for it. So maybe, the notice should have said maybe. The notice should have said there is a good chance that this will mean that you will have to pay more. Please plan accordingly. If you have any questions, here's where you can call. Why isn't this a genuine issue of material fact? That's my question, actually. Why shouldn't ---- Yeah, exactly. Because, I mean, reading this, to me this means nothing. I mean, obviously I'm not in that program. Why would it mean something to me? But it seems to me that there should be more evidence with respect to an objective member participant of this program. Is this notice understandable? And it may not be because what it is is basically legalese. The person who wrote it testified that he just took the law and wrote the notice. And a lot of people don't understand statutory language. But it may be that if you're in this program, these are terms you live with daily. Well, I would suggest that this is objectively not understandable. And I don't know. I mean, you can use yourself as an example. We have a group. I don't think I'm in the same situation as your class members. I think it would have to be as to the group who's in the class. I don't disagree with that. And that's why I'm not thrilled with your linguist analysis who talks about the person on the street. Sure, the person on the street's not going to know what this is. Here's what I would analogize this to. If you have students who three years ago, remember that the turnover in this program is 6% a year. The people to whom this applies are people who have been in this program. The only time that they get this education is when they come into the program in a group that testimony was, I think, around 45 people in a group. They're told this in technical language when basically they're coming in so that they can get in the section. Whoa, whoa, whoa. How do we know they're told this in technical language? Do you know exactly what's said in these explanatory sessions? They claim that they explain what the Algebraic Standard means. So they sit down a bunch of people who don't understand it. They said your VPS is X, Y, and Z. I mean, do you know what they're told? That's why I think this might be a triable issue. If somebody comes in and says, here's the standard language we use when we bring these people in. We explain all of this gobbledygook. Then the notice might be good. Let's assume that they do explain that. Assuming that they do explain that and that was five years ago, how can you assume that something that somebody heard one time in one meeting five years ago. I went to law school in 1962. I understand that, Your Honor. You've been dealing with them every day since. You're making my point. Maybe this should be a triable issue because this is such a peculiarized area. I don't know why you're resisting that because it seems to me that this is, to me, so division in terms of the individual person. And in the context of who actually lives in Section 8 housing and where they live and what kind of jobs they have. It seems to me it would be very likely to prevail if this went to trial and whether this was a meaningful notice or not. Well, here's my position. Obviously, at a minimum, I consider this a triable issue. If I could convince you that it's a matter of law and by way of due process, would I prefer that? Yes. Well, I don't think we have. Are there any regulations that bear on what kind of notice must be given to a Section 8 housing recipient? Beyond due process standards, I'm not aware of any additional HUD regulation that would elaborate on how you're supposed to give notice. And what case, which due process case are you relying on for the meaningful notice requirement? The, if you'll give me a moment. There's a couple of different standards that you use. I would say the David versus Heckler is one. But give me a moment. I actually listed all of them. Is it Mulane? So Mulane talks about, this is a quote from Mulane. Notice must be phrased, quote, reasonably to convey the required information. That's a Supreme Court decision. Billington versus Underwood says merely parroting the language of the regulation is not sufficient. Quote, notice that, quote, merely parrots the broad language of the regulation is inadequate. Mulane talks about a mere gesture. Weaver versus Colorado Department of Social Services. This is a Colorado case, not a federal case, but it's analyzing due process issues. Says that you can't rely on specialized notice. Alliance versus Cuomo, 61F2nd879, says that you have to explain the actual conditions facing the person. So that's the rule, and the question is whether this survives or doesn't survive the rule. That seems to me to be a tribal issue. Well, it's arguably a tribal issue, but our contention is that as a matter of law, this doesn't meet those standards. You can't reasonably say that it accomplishes any of those things. Well, it says the housing authority lowered the payment standards. Yes, and whether that means that it lowers the rent. Now, people in that group very well may understand that means we're getting less of a payment, or we may be getting less of a payment. I can't say to you that it's impossible that they could understand that, but it doesn't matter whether some people could. The point is when you're meeting due process standards, you're using a lowest common denominator. You need to communicate this so that everybody will understand it, not so that some people don't. And airline pilots? I mean, this is very specialized. People may walk around, I don't know, that are in this program saying, what happened to your VPS? I don't know. I mean, it's amazing to me the people that I've dealt with who do understand these kinds of things because it so affects their lives. I can't say that it's good or it's not in terms of how they react to it. I'm repeating myself. It seems to me that it's a tribal issue. Can I ask about the nature of your argument for just a second? Yes. I'm assuming that your due process argument does depend on notice being one of the bundle of sticks that's included in this property right. Our analysis does include that the notice regulation is part of the property injury. All right. So if it's not, if the property interest is entitlement to Section 8 benefits and notice is merely a protection of that property interest, I haven't finished the question yet. Okay. I know. You already know the answer? Go ahead. Then if it's a procedural protection, then the way I read the record here is we haven't yet had a deprivation of the property interest the way I've just defined it. We haven't yet had a reduction in Section 8 benefits. We've only had a lack of notice. But if notice isn't a property interest, do you agree that we haven't yet had a due process violation? No, because I'm not analyzing notice as a separate property interest. I'm analyzing notice. That's why I go back to my lease example. I understand. You're saying it is part of the property interest. I'm asking you a hypothetical. I'm asking you that if it's not, if notice is not a part of the property interest, it's a protection of it but not part of it, then do you have any due process violation yet if the property interest is just an entitlement to your existing Section 8 benefits? I think we do. And the reason is... Let me ask this. Has there been for your clients a reduction in Section 8 benefits? Oh, yes. This all happened a long time ago. This happened in 2004. The reductions all went into effect. And when those reductions happened, which what I want to know is on this record, when they happened, do we know how that played out? Do we know if they were called in and told, you're going to get a reduction. It used to be we'd pay $500 over your rent. Now it's going to be $475. And did they get a chance to challenge that on an individualized basis? The record shows that in the year before, in the year before the next annual reexamination, what got sent out was this notice. Thirty days before it was to take, with that notice, went something that I think it's important to understand, which was what was your rent going to be that year, not what was this change going to be, which was further misleading because it's basically giving you rent figures along with that notice. A year later, 30 days before the change in their rents, people got sent a notice that said your upcoming rent is going to be X and Y. And it wasn't in terms of VPS. It was in terms of dollars. Right. And did they get a chance to challenge that? I think they probably – If it was based, for example, on a determination that their income had gone up, did they get a chance to say, no, my income didn't go up? Yes. Well, they were advised of the right to a hearing to challenge it. All right. So in terms of what Atkins talks about as mass notice versus individualized determinations, why isn't that 30-day notice the individualized determination and the one-year flyer simply a mass notice of a change in the formula? Well, because with the regulation, the purpose of the regulation, Atkins is not applicable. Atkins said that Congress had the right – and then they sent out a mass notice giving people notice of the change. We have never challenged HACTA's right to make the change. That would be what is comparable to Atkins. Then in Atkins, there was notice sent out, which the Supreme Court found did meet due process standards. So the – what – What I'm really getting at is why isn't the decision a year in advance not an individualized determination? I'm not saying that it's not an – I'm not saying that ultimately it's not an individualized determination. In fact, I agree that ultimately it is. But the regulation – She lost me there. The regulation – Is the one-year notice an individualized determination or not? No. All right. What were they deprived – it's the time period. They were deprived of having notice a year – But if the notice is – it takes the notice to kick in, what, is it the year time or something like that? Yes. And that's the problem. They weren't given that. Yes. And you acknowledge that the notice is derived from a regulation and that Section 1983 at least – It's that you can't derive a private right of action for a lack of notice under Section 1983. Actually, what Save Our Valley says and what the Supreme Court said in Wright is that you must look to the statute to determine whether or not a right has been created. In Gonzaga, the Supreme Court specifically referred to Wright. In Johnson, the Fifth Circuit case, the Johnson court said this is the same as Wright. And the program at issue in Johnson is this program. It's the voucher program. What I'm asking is – Well, but I'm getting to your answer. Well, let me rephrase it because I don't see us hitting each other head on here. Okay. What I'm concerned about is essentially that you're going out the door that we said you can't come in, which is that under Section 1983, there's no enforceable private right of action for lack of notice. And the due process violation that you allege here is cognizable only under Section 1983. So now since you can't get a notice violation as a cognizable 1983 cause of action, what you've done is take the non-cognizable notice and made it part of the due process property interest. Okay. But the property interest in notice is from a regulation. Well, in Roth, the Supreme Court said that regulations, understandings, rules create property interest. So – No, it said that you can look to them to decide what the statutory creation is in terms of the property right. No. In – Roth was a due process case, and in addressing what was a property interest, Roth said you look to state – such things as state-created rules, understandings, regulations. The – but I want to quote to you from Sabar Valley, because I think it's directly on point. In Sabar Valley, the Court referred specifically to, and quoted from, South Camden Citizens in Action. And in that quote, to formulate the point from Wright, it says, the Wright Court located the alleged right in the statutory provision, and this is the important language, and then relied upon the implementing regulations to define and interpret that right. That is what happened in Wright, because in Wright, there was no reference to utilities. The – Right. You had a statute that talked about rent and a regulation that said rent includes utilities. And here we have – Here, you have a statute that talks about giving benefits, and now you haven't defined benefits. You've protected them by a regulatory provision that says you can't take them away without notice. I don't agree with that way of articulating it. I do not – it is obvious that – Wouldn't you agree? Isn't it usually the case that procedural protections almost invariably do not create property interests? It's substantive grants of entitlements that create property interests. But in this case, where you are talking about how much time you have to a fixed amount of money, it is not just procedural. It is tangible dollars and cents. That is what that regulation says. That regulation says you can't reduce my subsidy for one year after you give me notice. Haven't we already decided that in the Ninth Circuit, in the Ressler case, that benefits to which you have legitimate expectation creates a property right, as to which you're entitled to notice due process rights? I believe so, yes. I mean, we said that in that case. Yes. So I think that – I do not think it's possible in understanding what this does – and I haven't gotten to California law, so I do want to take one minute on that – to separate out – I think you're really over your time, and we've read everything in the briefs. Then the last point I would make – I'll just make it in one second – is 815.6 expressly gives, under California law, an interest in the regulation per se. So you still have to address was that regulation complied with in a reasonable manner, even if you don't agree that it creates a property interest. Thank you. Good morning, Your Honors. Bess Gustin Krieger, Brant DeVern, and Chris Pisanos here with me. We're on behalf of the Housing Authority and Rudolph Montiel. It's almost not morning anymore. Good afternoon. Well, it's almost morning. Almost. I'm going to address the federal questions. If you have any questions on the state law, my colleague will address them, because I needed some assistance on this because I had the flu a few weeks prior to preparing for this. There's no due process right here. The first cause of action is about whether or not you have a property right. And there is no property right in something that an agency has the absolute discretion in. The trial court dealt with this in detail in its opinion. What it essentially said is that you're correct. You have a property right generally in Section 8 benefits. But the fact that HACLA has the right to raise or lower the voucher payment standard within the confines of 90 to 110 percent, that defined right of Section 8 benefits has to be viewed in light of HACLA's discretion. But it can't happen for a year. That's in the regulation. But the property right is that the way the trial court said as well, Section 8 benefits in general may be a secure right. The reduction of the VPS does not violate that right. It may not, but you have a year to take advantage of what you already have. So don't you have a right during that year to the property that you're getting? No. You have a right during that year to your voucher payment standard amount that you have. And then that voucher payment standard amount is one factor to be used in a lengthy calculation that determines your actual subsidy as well as the rent that goes to the owner. So you have no expectation during that year that you're actually going to have that. But the point is the year doesn't start until there's effective notice. That's correct. But the difference here is that in order for due process to come in, you have to have a property right. And that property right has to be defined by Federal law creating a mandatory duty on the part of a public agency. There is no mandatory right to do that. What's the point of the year then? The point of the year is what's required in the regulations to give people notice a year ahead of time that the voucher payment standard is going to change. But to say that that notice itself creates a property right ignores the complete holding of the Aikens case. The Aikens case was very clear that when you do an across-the-board sort of legislative change, due process doesn't even apply. The only due process that is due. But this isn't an across-the-board legislative change. Yes, it is. Aikens concerned congressional action. And there was no requirement of notice before congressional action, as every one of us can tell you. But what Aikens did and what the trial court essentially said is that when you have a mass change that affects people across the board, that the legislative process that you use to determine that mass change provides all the notice that you're entitled to. This isn't even a mass change. This is the part of your rent that we are currently paying you as to a substantial number of you will be less in a year than it is now. That's not a mass change. You better start thinking about if you're a part of the rent that you have to pay goes up, how you're going to pay for that. What are you going to do? I agree that when they send out the voucher payment, when they do a voucher payment standard, that voucher payment standard has some effect in a calculation that may affect the amount of rent that they would get. But the regulation requires that you send out a notice advising them that this will take place at year one. You'll get the notice at year one to take place at year two, precisely because you cannot say for any one individual whether the actual amount of the family rent to the owner that they pay or the actual amount of the housing assistant payment that gets paid by HACLA to the landlord, that those are necessarily going to change. There's reasons for that. There's all kinds of individual factors that we outlined in the declarations. At least to a substantial portion of those people who are at the margins of economic ability to pay, their rent is going to go up. And they have a year interest, a property interest, for a year in maintaining that and not having it go down immediately, which could end up with them on the streets. It's something we want to avoid, too. I would disagree with that to this extent. The declarations and the trial court's opinion rely on the fact that if you look at the regulation, the voucher payment standard can actually go up in that interim year. So you can actually raise the voucher payment standard without notice during that year. That's in the regulation as well. And then as Mr. Baldwin pointed out, the subsidy standards, in that particular notice that went out, it said in there that the number of bedrooms, the actual number of people that they can allow in these number of bedrooms can change at any time as well. So you can't say that they actually have an expectation of a constant VPS for an entire year. But I want to get back. I can't see what you're holding up. This is the notice, the same notice that you were looking at in the brief. The same one that I have? Yeah. All I'm saying is that what Mr. Baldwin pointed out is that even if ---- Is that an exhibit stamp on the right of the chart? Yeah. This is our Exhibit 79, Supplemental Excerpts from the Record, Page 79. But it's the same notice that the number of people that they allow in a bedroom, which are called subsidy standards, Mr. Baldwin explained that those subsidy standards can change at any time. Where does it say that?  It's in the ---- I know, but where does it say the number of people in the room? Well, it explains in Mr. Baldwin's declaration, which was Paragraph 11. I mean, Paragraph 11. I know. What were you pointing to in this notice? I was trying to explain that it's not correct that but for the change in the VPS, the VPS would stay the same for that entire year because, in fact, during any given year, the VPS can also go up, and that means you don't have an expectation of a constant VPS. You don't have to give notice for that. That's also in 985.5. But if it goes up, you don't have the same risk of being kicked out of your place because you can't make the rent. But it also means you don't have a property interest, and it also means because ---- Why? If this means you have a greater property interest? Not necessarily. Well, if it goes up, they're paying more. No, because what Mr. Baldwin did in his declaration is explain at great length that the voucher payment standard does not ---- it's not a direct relationship between the voucher payment standard and the amount of rent that you pay and the amount of the subsidy. Okay. Well, I don't want you to run out of time before you have a chance to explain to me why this is meaningful notice. I just want to ---- What I want to explain to the Court is that if you look at the Goldberg analysis, you don't ---- we don't look at the balance between meaningful notice and the government's interest unless you have a property right. I know. Okay, well, we've gone over the property right issue. Now let's turn to ---- let's just hypothetically assume that we think there's a property interest. Tell me why you think this is meaningful notice. Because it's not just the notice itself. Mr. Ogbar's declaration, which the trial court said was unopposed, said that every one of the Section 8 tenants goes through a 90-minute session at the time of their initial renting from Halfway. They are provided ---- this is in our SCR 257, a worksheet. This worksheet explains all of the terms ---- this worksheet has all of the terms that opposing counsel is saying they don't understand. And for a 90-minute meeting, all of these terms, voucher payment standard, rent to owner, housing assistant payment, are explained. If any of these people move, they go through a second one of these meetings. They also get a request for transfer packet that has all of this ---- that they have to have all this information explained to them again, and they get the chart all over again. And what the court said is that was unopposed, and that there is no person out there that is not familiar with this. The trial court recognized that. Also, the trial court said it wasn't necessarily pertinent to the trial court's decision because the trial court, as Your Honor pointed out, recognized that you have to first have a property interest. And until you have a property interest, you're not entitled to due process notice. And he said under Atkins, legislative across-the-board change, we don't get into due process considerations. If we go ---- There's been some suggestion by your opponent as to the notice that it was buried in a stack of other documents. And I can't tell from the record what a company, what this flyer went out with. Did it go out with 30 pages or one page, or do we know on this record? That's a good question. I can address that. The court said in its opinion that it was undisputed, in the separate statements of fact that went out, the following. The notice went out with something known as an RE38. Just one single page, not the stack of documents. One single page of an RE38, which is SER108, supplemental R08. And that one detailed for that first year what your actual rent is going to be without using that voucher payment standard. And it said at the bottom that you're entitled to a hearing on the calculation of your rental rent. And it gives you a number to call, who's your case officer. So you get that one page plus the flyer? Plus the flyer. And then year two. Is that all or not? What? Year one, is that all that went out? No. Also what went out. In the mailing that contained the flyer. Is that all that went out? That's all that went out. And the trial court recognized that in its ruling. The second thing that the trial court recognized, it said that four weeks before the new VPS goes into effect, they get a second RE38. That one is at SER110. And the second RE38 gives you your new rent amount if you're going to pay a new rent amount, your new housing assistance payment if you're going to have a new housing assistance payment. You get this one 30 days before the new VPS actually goes into effect. And you're provided with an individualized hearing. The RE38 that's at 110 that you're referring to, that's the current VPS, the current rent. No, the 108 is the one prior to the notice, prior to the VPS notice. And the 110 would be the one that you would pay with the VPS notice having taken effect. So 110 you get when? 110 you get about 30 days before the VPS actually takes effect. So that's 30 days before the end of the one year. Before the end of the one year. So the notice is attached to 108? We have the notice, and then we have what you're getting now. Right. And if it made a difference, it would show that. And as Plaintiff's Counsel admits, and as everybody admitted, is that for the overwhelming number of people, there was no change. That's because many people rent at a contract rent that's already below the new VPS. So I want to talk about meaningful notice, because what he's really suggesting is that we send out a notice that has something in it that maybe the amount of rent you're paying will go up. For many more people than that will happen to, their rent's not going to go up. So you get this notice, and you really don't know whether it's clear, like plain English notice, and it says you may be in a group where your rent, your part of the rent that you have to pay goes up. Can the person then go down and talk to them and say, well, how much is that going to be, so that I can plan and try to figure out what I'm going to have to do in order to make that rent in a year? Everybody at HACLA, when they get the RE38s, the one with the notice attached, has a hearing right. That hearing right, according to rate – Well, I don't mean a hearing. I mean, is there just somebody you can go ask? Yes. I'm saying that they all have a case officer, which is identified in the RE38. They can ask questions to that case officer. The hearing itself is an individualized hearing where they can challenge their calculation in any given year. What's the function of a case officer? Because one officer can only handle a certain number of residents. So if I'm in the program and I have a question, I know who my case officer is, I call that person. Yes. Yes, and that's not really in dispute. But the important thing here is that we don't have a property right. And if we don't have a property right, we don't get to requiring individualized notice. Atkins was absolutely clear on that. Then you get to the second issue is whether you have a private right. This court in – You're using up all your – I understand, but this court in our Save Our Valley – But you're just repeating what you've already argued. And do you want your – No, I'm saying that it's not just that there's not a property right. There's also not a private right of action because that has to come from Congress. And the only notice requirement in here is in the regulation. There's no notice requirement in the federal statute. All right. I think we understand. I will give – what are you addressing again? The state causes of action. The government code. Section 815. Yes, Your Honor. Mr. Litt addressed the 815.6 argument in his opening argument, and I'll address that as well. 815.6 requires that there be a mandatory duty. And the mandatory duty has to be set forth in the statute or regulation. I think the Guzman case that we cited to in our Respondent's Brief really summarizes what needs to be found in order to fit within that 815.6 statute. And Guzman specifically says at page 898, it specifically says that courts have construed the first prong rather strictly, finding a mandatory duty only if the enactment affirmatively imposes the duty and provides implementing guidelines. Doesn't the regulation impose a mandatory duty to give notice? It imposes a mandatory duty to provide the advisal of the change in the BPS. That's it. It doesn't impose a mandatory duty to include a telephone number or a letter on letterhead or anything. Let's just say that you obey the duty sufficiently, but it does create a mandatory duty to send out some sort of advisal, right? Correct. And you fit within the other two prongs. The duty is designed to protect against the kind of injury the plaintiff suffered, right? Advisal or no advisal. The injury is no advisal, and the duty is to protect against no advisal. The duty is to give advice. The injury is not getting advice, so it fits. And the third prong is, was the breach of the duty, not giving advice, the proximate cause of the injury suffered, not getting advice? True. So you fit all three prongs. You're just saying that you met the duty by giving an advisal, however weak that advisal may have been. We fit the duty because we gave the advisal in accordance with what is set forth in the regulation. So if you track the regulation, then you're meeting the duty to give advice. I believe that is the case. I would say I would not concede the causation argument. The trial court noted that there was a causation issue with regards to these particular plaintiffs. If the duty is to give notice and the injury is not getting notice, then didn't you cause the injury? Well, not for these two particular plaintiffs because they indicated that they had no, they had never seen the advisal. For whatever reason, they didn't happen to look at the flyer. It wasn't as if they were confused. They just never looked at it. But really, the crux of the argument is the first prong. I would concede that. And it's sort of a tracking argument. If I track the language of the regulation, that's a safe harbor for me. You can't ask me to do more. Is that your argument? A safe harbor? You can't ask me to do more? You can't require a better advisal than tracking the regulation. Is that your argument? Well, no, it's not my argument because what we're talking about is whether, it's finding whether there is a mandatory duty to anything more. Well, the district court found that literal compliance, which is the tracking argument, was sufficient. It did not require an effective, did not necessarily require an effective notice, just literal compliance. Isn't that what Judge Wood found? Yes. Well, that's all that Judge Mosman is asking you. Thank you. I believe that is the case. Thank you, Your Honor. Thank you. We are well over. I'll give you a couple minutes. I know that a lot of points were raised. Just a couple of quick points. One is the description of the record about the plaintiffs is incorrect. The plaintiffs did not say that they had never seen it. What's in the record is a declaration saying that they did not recall seeing it, which, given that it's not understandable, and they said when it was shown to them they don't understand it. So this is not an indication of their ignoring it. It's that if something doesn't mean anything to you, you're not going to recall. Were they asked if they went to the training classes? I don't recall, Your Honor. Were they asked if they had a case, a person assigned to them? If so, it's not in the record. The only other point that I would make, it goes back, Judge Mosman, to the point that you were raising, is that I believe that 815.6, given the way that it's structured, is clearly intended whenever there's a regulation to create a protectable right and interest. So even if, under Federal law, you believe that, under, say, Barbalee, there wasn't a protectable right created, I think that 815.6 does, and unless there are any questions, I'll... What relief are you seeking, should you prevail? Ultimately? Yes. Ultimately, we would seek two forms of relief. I haven't totally figured it out, and in light of the Supreme Court's grant in Dukes, I'm sort of waiting to some extent as to whether we... There is a restitution component to this in some form, whether we would ultimately move for a B-3 class or incidental monetary relief under B-2 class. Your class is no way as large as the Wal-Mart class. No, I agree. I don't know what the court is going to do. Because one of the issues that the court granted cert on was whether or not you can seek monetary damages incidental to a B-2 class. But we would basically seek injunctive relief and return of the funds that they shouldn't have paid for that year. To each person affected? To each person affected. Do you know how many people we're talking about? The estimates, we don't know because no class... Estimates? The estimates were 45%, and I've heard... 45% of what? Of the Section 8 tenancy. How many is that? I've heard figures ranging from 36,000 to 45,000. So we're talking about somewhere in the neighborhood of 20,000 people, probably 15,000 to 20,000 people. And we're talking about benefits in the range of what? What are we talking about? I believe that probably the average for the person who suffered a detriment is probably about $1,000 for the year. Our two clients whose figures are in the record showing what their change was were each in the range of $100. All right. Thank you very much. NAWSI versus Housing Authority of L.A. is submitted. U.S. versus Lee has already been submitted, and this session of the Court is adjourned for today. All rise for the session to adjourn. Thank you.
judges: Mosman, Trott, Wardlaw